IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOEL ANTONIO CERON-ALARCON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-2503 (AJT-LRV) |
| JEFF CRAWFORD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Joel Antonio Ceron-Alarcon's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on August 11, 2026.[1]

Petitioner argues that he is entitled to habeas relief because he is being detained unlawfully without access to a bond hearing pursuant to 8 U.S.C. § 1226. [Doc. No. 1]. In opposition, Respondents have filed a copy of Petitioner's order of removal by an Immigration Judge, issued on February 18, 2026. [Doc. No. 6-1]. Petitioner has not filed any reply disputing that he is subject to a final removal order and therefore subject to detention pursuant to 8 U.S.C. §1231. For these reasons, it is hereby

**ORDERED** that the Petition be, and the same hereby is, **DENIED**.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

August 24, 2026
Alexandria, Virginia

Anthony J. Trenga
United States District Judge

[1] Petitioner also filed a Motion to Show Cause, [Doc. No. 2], which is **DENIED** as moot.